# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ROBERT JONES; KAREN JONES,<br><br>Defendants. | Case No.  1:24-cr-00110-BAH |

## DEFENDANTS JOINT SENTENCING MEMORANDUM

Robert Jones and Karen Jones, through undersigned counsel, respectfully submit the matter for decision based upon the presentencing report and recommendations of the United States Probation Officer.

Dated: August 23, 2024            Respectfully submitted,

                    By:   /s/Robert M. Sanger
                          Robert M. Sanger
                          California Bar No. 058214
                          SANGER LAW FIRM, P.C.
                          222 E. Carrillo St., Ste. 300
                          Santa Barbara, CA 93101
                          (805) 962-4887
                          rmsteam@sangerlawfirm.com

## CERTIFICATE OF SERVICE

I, Robert M. Sanger, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 23, 2024.

/s/Robert M. Sanger
Robert M. Sanger
